UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 7:10-CR-22-2F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDWIN ESCALANTE | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, September 13, 2010, in Wilmington. The case is hereby CONTINUED to November 8 in Wilmington, North Carolina.

This 16th day of August 2010.

James C. Fox
Senior U.S. District Judge